IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMSHED HAQ ) | |
| ) | |
| ) | Case No. 3:11-0365 |
| v. ) | JUDGE SHARP |
| ) | |
| FEDCORP, INC and RYAN SMITH ) | |
| ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket Entry No. 12) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE